IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MONTGOMERY COUNTY COMMISSION )
and STEVEN L. REED, Judge    )
of Probate for Montgomery    )
County, Alabama, on behalf   )
of themselves and all others )
similarly situated,*         )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:12cv885-MHT
                             )          (WO)
FEDERAL HOUSING FINANCE      )
AGENCY, as conservator for   )
Federal National Mortgage    )
Association and Federal      )
Home Loan Mortgage           )
Corporation, et al.,         )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the motion for dismissal (doc. no. 47) filed by defendants the Federal National Mortgage Association,

_____

    * Steven L. Reed has replaced Reese McKinney, Jr. as Judge of Probate for Montgomery County and has been substituted as plaintiff pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

the Federal Home Loan Mortgage Corporation, and the Federal Housing Finance Agency is granted and that this cause is dismissed.

It is further ORDERED that costs are taxed against plaintiffs Montgomery County Commission and Judge of Probate for Montgomery County, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of May, 2013.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**